UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. 1:12-cv-01130

CARLOS LOUMIET,

v.

THE UNITED STATES OF AMERICA,
MICHAEL RARDIN, LEE STRAUS,
GERARD SEXTON, and RONALD
SCHNECK, each in their individual capacities

    defendants.
_____/

### AGREED MOTION REQUESTING A SCHEDULING ORDER ADOPTING THE PARTIES PROPOSED SCHEDULE THAT DEADLINES RUN FROM THE COURT'S DISPOSITION OF THE MOTIONS FOR RECONSIDERATION

On May 2, 2013, the Parties filed a Proposed Scheduling Order setting forth the deadlines for various items, which the Court has yet to adopt. (D.E. # 23). In the proposed order, the parties anchored the operative deadlines to run from the disposition of the Court's "Order," which the parties defined as "the Court's disposition on the Motions to Dismiss." (D.E. # 23-1, n.1). The Parties re-submit, and clarify, that "the Court's disposition on the Motions to Dismiss" includes disposition of the Parties' respective Motions for Reconsideration which are pending before the Court. (D.E. ## 26, 27). Accordingly, the parties respectfully request that the Court enter a scheduling order adopting these dates.[1]

---

[1] The parties note that, because Mr. Loumiet appealed the Court's dismissal of his *Bivens* claims against the individual defendants, the Court no longer has jurisdiction over those claims. Thus, this motion is only directed to those claims that Mr. Loumiet did not appeal.

Respectfully submitted,

RIVERO MESTRE, LLP
*Attorneys for Carlos Loumiet*
2525 Ponce de Leon Boulevard
Suite 1000
Miami, Florida 33134
Telephone:  (305) 445-2500
Facsimile: (305) 445-2505
E-Mail:
jmestre@riveromestre.com
arivero@riveromestre.com
cwhorton@riveromestre.com


By:   *s/ Jorge A. Mestre*
JORGE A. MESTRE
D.C. Bar No. 998301
ANDRÉS RIVERO
Florida Bar No. 613815
CHARLES E. WHORTON
Florida Bar No. 46894
KADIAN BLANSON
Florida Bar No. 0098880

Counsel for Plaintiff Carlos Loumiet

By:   *s/ Reginald Skinner*
REGINALD M. SKINNER
Trial Attorney, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-3111
Fax: (202) 616-4314

Counsel for the Defendants

## CERTIFICATE OF SERVICE

    I CERTIFY that on December 13, 2013, this document was filed with the Clerk of the Court using CM/ECF. I also certify that this document is being served this day on all counsel of record identified on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                s/ Jorge A. Mestre
                                                                   Jorge A. Mestre